IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TAMICA L. JACKSON,**

    *Plaintiff*,

v.   Case No.: 4:20cv407-MW/MAF

**FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND
MOTOR VEHICLES,**

    *Defendant*.

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 23. Plaintiff has filed a demand for an evidentiary hearing but no objections, and she has failed to file an amended pleading on the required form. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to comply with a court order and for want of prosecution." Plaintiff's

petition for evidentiary hearing, ECF No. 24, is **DENIED as moot**. The Clerk shall close the file.

    **SO ORDERED on March 15, 2021.**

                                          <u>s/Mark E. Walker</u>
                                          **Chief United States District Judge**